UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **KIRBY BENNETT,** | **2:25-CV-13354-TGB-APP** |
| Plaintiff, | HON. TERRENCE G. BERG |
| vs. | |
| **HOME DEPOT, RUBEN VARELA, RV@G DELIVERY SOLUTION, and JOSE BARAJAS,** | **ORDER TO CLERK'S OFFICE TO REOPEN CASE, STRIKE ORDER OF DISMISSAL, AND ISSUE SUMMONS** |
| Defendants. | |

On October 22, 2205, Plaintiff Kirby Bennett, proceeding without counsel, initiated this lawsuit against Defendants The Home Depot, Ruben Varela, RV@G Delivery Solution, and Jose Barajas. ECF No. 1. Bennett also filed an application for leave to proceed in forma pauperis ("IFP") in this action pursuant to 28 U.S.C. § 1915. ECF No. 2. On December 5, the Court issued an order denying Bennett's application for leave to proceed in forma pauperis and ordered Bennett to pay the full civil case filing fee of $405.00 on or before January 2, 2026, or the case will be dismissed for failure to prosecute pursuant to Eastern District of Michigan Local Rule 41.2. ECF No. 6.

By February 2, 2026, there was no response from Bennett on the docket or any indication that Bennett had paid the filing fee, and the Court entered an order dismissing this case without prejudice for failure to prosecute, ECF No. 10, and the Clerk's Office closed the case.

However, on February 17, 2026, the Clerk's Office made an entry on the docket for this case indicating that Bennett in fact had paid the filing fee for this case in the amount of $405.00 on December 15, 2025. 12/15/25 docket entry.

Accordingly, the Court **ORDERS** the Clerk's Office to **REOPEN** the case.

The Clerk's Office is **FURTHER ORDERED** to **STRIKE** the Order Dismissing Case for Failure to Prosecute, ECF No. 10.

The Court **FURTHER ORDERS** the Clerk's Office to **ISSUE** the summons(es) to Plaintiff and that Plaintiff shall have 60s days to serve the Complaint and summons(es) on Defendants.

Finally, the Court **FURTHER ORDERS**  that the Clerk's Office shall send a copy of this Order to Plaintiff with the summons(es).

**IT IS SO ORDERED.**

Dated: February 23, 2026     /s/Terrence G. Berg
                             HON. TERRENCE G. BERG
                             UNITED STATES DISTRICT JUDGE

2