UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIRBY BENNETT,

                Plaintiff,                            Case No. 2:25-13354
                                              District Judge Terrence G. Berg

v.                                         Magistrate Judge Anthony P. Patti

HOME DEPOT,

                Defendants.

_____/

## ORDER STRIKING PLAINTIFF'S UNAUTHORIZED RESPONSE TO DEFENDANTS' ANSWER (ECF No. 19)

Plaintiff has filed a response to Defendant's answer to the complaint.  (ECF No. 19.)  Plaintiff's filing is improper under the Federal Rules of Civil Procedure.  Under Fed. R. Civ. P. 7(a)(7), a party may file a response or reply to an answer only when the Court orders one.  The Court ordered no such pleading in this case.  Nor did Plaintiff seek leave from the Court prior to filing.  Accordingly, Plaintiff's unauthorized response to Defendant's answer (ECF No. 19) is **STRICKEN**.  Plaintiff is cautioned that all parties, including those proceeding without the assistance of counsel, must comply with the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of Michigan.

**IT IS SO ORDERED.**

Dated:  April 29, 2026

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE